11822487

AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO
2025 JUN 17 AM 4:02
CLERK-LAS CRUCES

RECEIVED
U.S. MARSHALS SERVICE
2025 JUN 13 AM 8:24
LAS CRUCES, NEW MEXICO

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.
Grzegorz Vandenberg

Defendant

Case No. 25-2303 MJ

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Grzegorz Vandenberg,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C § 844- (d) transport[] or receive[], or attempt[] to transport or receive, in interstate or foreign commerce any explosive with the knowledge or intent that it will be used to kill, injure or intimidate any individual or unlawfully to damage or destroy any building, vehicle, or other real or personal property

Date: 06/12/2025

*Issuing officer's signature*

City and state: Las Cruces, New Mexico

Jerry H. Ritter, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/13/2025, and the person was arrested on *(date)* 6/13/2025
at *(city and state)* Tucson, AZ.

Date: 6/16/2025

*Arresting officer's signature*

Jose Chairez, SDUSM
*Printed name and title*

FOR: FBI