IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 25-2558-SMD |
| | ) | |
| vs. | ) | |
| | ) | |
| GREGORY VANDENBERG, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' NOTICE OF EXPERT WITNESS TESTIMONY

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), the United States hereby provides notice that it may introduce in evidence at trial the expert testimony described below and submits that all such evidence is relevant to the issues to be tried before the jury in this case. The Government reserves the right to supplement this disclosure and for this expert to amend his opinions based on additional information made known to him before or during trial.

## I.    FBI Special Agent Marchand Thomas MacDermotRoe

The United States may call as a witness FBI Special Agent Marchand Thomas MacDermotRoe. Mr. DermotRoe is employed at the Federal Bureau of Investigation in El Paso, Texas, and is assigned to the Joint Terrorism Task Force as a specialist in international terrorism. MacDermotRoe has reviewed and discussed some of the evidence in this case with the United States, such as (1) a t-shirt and a hat that were found in Defendant's vehicle, both of which contain what appears to be the flag of Al-Qaeda; (2) an English version of the Quran that was found in his vehicle; and (3) various items on Defendant's phone, such as (a) a video of a young child decapitating a teddy bear in front of an ISIS flag and then chanting the Takbir (i.e., the Arabic phrase of "Allāhu ʾAkbar"); (b) numerous and violent antisemitic references; (c) violent anti-Christian reference; (d) items that suggest an obsession with violence (such as decapitations and

other forms of live executions); (e) items that suggest an affinity for violent extremist Islamic fundamentalist ideology; and (f) items that suggest an opposition to the United States government, including the current administration (such as a video, which Defendant shared with a friend on May 24, 2025, showing President Donald Trump, in a dubbed over voice, stating "May Allah awaken the people and help them see the evil doings of Israel and the United States."). Mr. MacDermotRoe may testify regarding such evidence, and his testimony would be based on his unique knowledge, skill, experience, training, and education.

Mr. MacDermotRoe would specifically testify as to the meaning and significance of some of these items of evidence. In addition, he may also further testify that these items of evidence are consistent with Defendant (1) having an anti-U.S. government knowledge, motive, and intent— particularly as he was travelling with fireworks to the anti-government "No Kings" day protests in San Diego, California, which were scheduled for June 14, 2025;[1] and/or (2) being in the process of becoming radicalized with a violent Islamic fundamentalist ideology that is opposed to the U.S. government.

Mr. MacDermotRoe in a specialist in international terrorism and Islamic extremism. He has conducted numerous investigations relating national security, such as investigations involving counterterrorism, counterintelligence, and weapons of mass destruction. He has also worked on investigations with the National Security Agency, the Central Intelligence Agency, numerous overseas partner agencies, FBI legal attaches around the world, and units within the FBI that

---

[1] *See, e.g.,* Aere, Jacob, *60,000+ March Through Downtown [San Diego] for 'No Kings' Protest*, KPBS News – Politics (Jun. 14, 2025), https://www.kpbs.org/news/politics/2025/06/14/thousands-march-through-downtown-for-no-kings-day-protest (observing that "[a]bout 60,000 people took to the streets of downtown San Diego on Saturday for what organizers are calling 'No Kings' Day, a nationwide protest of President Donald Trump's policies coinciding with a military parade in the nation's capital" and that the No Kings protest was designed to address what many citizens viewed as the "cruelty and the corruption and the authoritarianism of the Trump regime").

specialize in tracking and identifying international terrorism cyber actors. He also possesses knowledge, skill, experience, training, and education that were obtained through his military deployments to Afghanistan from 2013 to 2014. While there, he was responsible for approximately 180 detainees—the vast majority of whom were members of the Taliban. In that capacity, he had extensive interviews with several dozen Taliban prisoners and gained in in-depth understanding of their fundamentalist Islamic views. In addition, he has read numerous writings by Islamic fundamentalists, including jihadists Osama bin Laden, Abdullah Yusuf Azzam, and Sayyid Ibrahim Husayn Shadhili Qutb. He has one publication, which is entitled *Commentary: ISIS has emerged as a terrorist state* (Army Times, June 7, 2015).[2] He has also practiced Islam from the age of 16 to around age 26 and had read the Koran extensively. His many studies and experiences have given him a deep understanding of both the Muslim faith and the radicalized version of the Muslim faith: Islamic extremism. His studies, trainings, and experiences have also provided him a unique perspective on the common patterns seen in someone who is becoming radicalized with a violent Islamic fundamentalist ideology (including obsessions with violence, antisemitism, and anti-U.S. government ideas).

Mr. MacDermotRoe's Curriculum Vitae is attached hereto as Exhibit 1.

## II. Witness' Approval and Signature

I have reviewed and approve of the summary of my anticipated testimony.

_____/s/_____
Marchand Thomas MacDermotroe
Special Agent
FBI Joint Terrorism Task Force
El Paso, Texas
Dated: November 10, 2025

---

[2] Available at https://www.armytimes.com/opinion/2015/06/07/commentary-isis-has-emerged-as-a-terrorist-state/.

### III.  Applicable Law

Federal Rule of Evidence 702 controls the admissibility of expert testimony and requires district courts to ensure that all scientific, technical, or other specialized testimony of an expert witness is both relevant and reliable.  *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 589 (1993); *Kumho Tire Co., Ltd. v. Carmichael*, 526 U.S. 137, 149 (1999) (applying same principles to "technical" evidence).  To determine whether an expert's testimony is reliable, the court must "assess the reasoning and methodology underlying the expert's opinion." *United States v. Rodriguez-Felix*, 450 F.3d 1117, 1123 (10th Cir. 2006).  Courts consider four nonexclusive factors in determining whether expert testimony is sufficiently reliable:

(1) whether the theory at issue can be and has been tested;

(2) whether the theory has been subjected to peer review and publication;

(3) whether there is a known or potential rate of error and whether there are standards controlling the methodology's operation; and

(4) whether the theory generally has been accepted in the relevant scientific community.

*See Daubert*, 509 U.S. at 593-94.  The Rule 702 inquiry under *Daubert* is a "flexible one," and these factors "do not all necessarily apply . . . in every instance." *Kumho Tire*, 526 U.S. at 150-51. A trial court has the same wide "latitude in deciding *how* to test an expert's reliability . . . as it enjoys when it decides *whether or not* an expert's testimony is reliable." *Id*. at 152 (emphasis in original).

### IV.  Conclusion

WHEREFORE the United States respectfully requests this Court to allow the above-described expert witnesses' testimony because it has "a reliable basis in the knowledge and experience" in the witnesses' respective disciplines, as prescribed by *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999).  *See United States v. Garza*, 566 F.3d 1194, 1199 (10th Cir.

4

2009) (Rule 702's reliability requirement for proffered expert testimony may be satisfied where an expert witness' "specialized knowledge" is "acquired through 'experience' and 'training'").

Respectfully Submitted,

RYAN ELLISON
Acting United States Attorney

_____
RICHARD C. WILLIAMS
GRANT B. GARDNER
Assistant U.S. Attorneys
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

I HEREBY CERTIFY that I
electronically filed the foregoing using
the CM/ECF system which will send notification to
defense counsel of record by electronic means.

*Electronically Filed on 11/10/2025*
GRANT B. GARDNER
Assistant United States Attorney

5