UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 25-CR-2558 SMD |
| | § | |
| GREGORY VANDENBERG, | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S WITNESS LIST

COMES NOW, defendant Gregory Vandenberg, by and through his undersigned counsel, Dean Clark, and submits the following list of witnesses he intends to call in his case in chief.

1. Chris Swallow
2. Joe Breceda
3. Each and every witness listed by the government, including all experts.
4. Any witness necessary for impeachment.
5. Any witness necessary for rebuttal.
6. Any witness necessary to authenticate an exhibit.
7. The defendant reserves the right to supplement this list as may become necessary.

                                              Respectfully Submitted,

                                              RUSSELL DEAN CLARK, LLC

                                              */S/ R.D. Clark*

                                              Russell Dean Clark
                                              Attorney for Greg Vandenberg
                                              P.O. Box 576
                                              Las Cruces, NM 88004
                                              Telephone: (575) 526-9000
                                              Facsimile: (575) 526-9800

2

**CERTIFICATE OF SERVICE**

    I, Russell Dean Clark, certify that on 17th day of November, 2025, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice

                                      */S/ R.D. Clark*
                                      Russell Dean Clark