# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 25-CR-2558 SMD |
| | § | |
| GREGORY VANDENBERG, | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT GREGORY VANDENBERG'S EXHIBIT LIST

COMES NOW defendant, Gregory Vandenberg, by and through his attorney of record, l

Dean Clark, and submits the following exhibit list.

| EX. | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1. | Photo of Agent's notes | _____ | _____ |
| 2. | Photo of Vandenberg's  ID | _____ | _____ |
| 3. | Photo of Vandenberg's  ID | _____ | _____ |
| 4. | Photo of VA letter in vehicle | _____ | _____ |
| 5. | Photo of Receipt from Davis Monthan | _____ | _____ |
| 6. | Photo of Koran | _____ | _____ |
| 7. | Photo of receipt for Army hotel | _____ | _____ |
| 8. | Photo of receipt for Army hotel | _____ | _____ |
| 9. | Photo of flag | _____ | _____ |
| 10. | Photo of flag | _____ | _____ |
| 11. | Photo of Ft Bliss MWR map | _____ | _____ |
| 12. | Photo of Ft. Bliss MWR map | _____ | _____ |
| 13. | Photo of client at BP checkpoint | _____ | _____ |
| 14. | Receipt for fireworks | _____ | _____ |

15.    Receipt for fireworks    _____    _____

16.    911 Call    _____    _____

17.    Video #1 of Clerk with Vandenberg    _____    _____

18.    Video #2 of Clerk with Vandenberg    _____    _____

19.    Video #3 of Clerk with Vandenberg    _____    _____

20.    Video #4 of Clerk with Vandenberg    _____    _____

21.    Video #5 of Clerk with Vandenberg    _____    _____

22.    Video #1 of mgr checking ID    _____    _____

23.    Video #2 of mgr checking ID    _____    _____

24.    Video #3 of mgr checking ID    _____    _____

25.    Bank statement Feb 2025    _____    _____

26.    Bank statement Mar 2025    _____    _____

27.    Bank statement April 2025    _____    _____

28.    Bank statement May 2025    _____    _____

29.    Bank statement June 2025    _____    _____

30.    Bank Statement July 2025    _____    _____

Respectfully Submitted,

RUSSELL DEAN CLARK, LLC

*/S/ R.D. Clark*

Russell Dean Clark
Attorney for Greg Vandenberg
P.O. Box 576
Las Cruces, NM 88004
Telephone: (575) 526-9000
Facsimile: (575) 526-9800

## CERTIFICATE OF SERVICE

I, Russell Dean Clark, certify that on 17th day of November, 2025, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice

_/S/ R.D. Clark_
Russell Dean Clark