# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,       )
                                )
           Plaintiff,       )
                                )
      vs.                       )       CRIMINAL NO.   25-2558-SMD
                                )
**GREGORY VANDENBERG,**         )
                                )
          Defendant.       )

## ORDER DENYING MOTION TO REVOKE DETENTION ORDER

THIS MATTER is before the Court on Defendant's Opposed Motion for Revocation of Magistrate's Detention Order Pursuant to 18 U.S.C. Section 3145(b) (Doc. 51).   The Court, after reviewing the record, the parties' briefing, including the proffered exhibits, and entertaining argument from the parties at the hearing held on November 20, 2025, hereby finds (1) by a preponderance of the evidence that Defendant is a serious flight risk and that no condition or combination of release conditions will reasonably assure his appearance as required; and (2) by clear and convincing evidence that Defendant is a danger to the community and that no condition or combination of release conditions will reasonably assure the safety of the community.

**IT IS THEREFORE ORDERED** that Defendant's motion (Doc. 51) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant shall remain detained pending trial in this matter.

 

_____
SARAH M. DAVENPORT,
UNITED STATES DISTRICT JUDGE

1