UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| vs. § § | Case No. 25-CR-2558 SMD |
| GREGORY VANDENBERG, § § | |
| Defendant. § | |

## AMENDED MOTION TO RECONSIDER MOTION TO REVOKE MAGISTRATE'S DETENTION ORDER

COMES NOW, defendant Gregory Vandenberg, by and through his undersigned counsel, Dean Clark, and hereby requests the Court to reconsider his prior Motion for Revocation of Magistrate's Detention Order and set conditions of release in this matter.

1. The defendant previously filed a Motion to Revoke the Magistrates Detention Order (ECF #51)

2. The Court denied the Motion (ECF #74).

3. The defendant later filed an unopposed Motion for Amended Pre-Trial Report and Request to Determine if Morris House is a Suitable Placement for the Defendant (ECF #102).

4. After the motion was filed, Ms. Morris, the owner of Morris House, suffered a medical issue and could not accept the defendant at that time.

5. At the hearing on the motion for Amended PTR and determination if Morris House is suitable, the Court was informed Morris House was no longer an option: Undersigned provided Walls of Salvation as a suitable alternate placement for probation to investigate.

6. The probation office later determined that Walls of Salvation was a suitable placement

but needed to note he has been accepted.

7. The defendant then submitted a formal application and he has now been accepted for placement at Walls of Salvation pending a resolution in this matter.

8. On December 23, 2025, counsel for the government informed the undersigned the government opposes this motion.

WHEREFORE, for all the above reasons this Court should reconsider revoking the magistrate's detention order and set reasonable conditions of release in this matter.

Respectfully Submitted,

RUSSELL DEAN CLARK, LLC

*/S/ R.D. Clark*

Russell Dean Clark
Attorney for Greg Vandenberg
P.O. Box 576
Las Cruces, NM 88004
Telephone: (575) 526-9000
Facsimile: (575) 526-9800

## CERTIFICATE OF SERVICE

I, Russell Dean Clark, certify that on 23rd day of December, 2025, I caused the instant motion to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice

*/S/ R.D. Clark*
Russell Dean Clark