UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

### Clerk's Minutes
### Before the Honorable Sarah M. Davenport

**CASE NO.:**   25-2558SMD                    **DATE:** 12/23/2025

**Time in court:  55 minutes**

**TITLE:**   United States v. Vandenberg

**COURTROOM CLERK:** ANNETTE NANEZ          **COURT REPORTER:**   Liberty-Mimbres

( ) Albuquerque   ( X ) Las Cruces   ( ) Santa Fe   ( ) Roswell

( ) Bench warrant ordered          **INTERPRETER:** N/A

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**
  Grant Gardner                                Russell Dean Clark
  Joni Stahl

**TYPE OF PROCEEDING:**   Detention Hearing

**EVIDENTIARY:**       No

**PROCEEDINGS:**

**3:05 pm-Court in Session**

Governments position has not changed. Defendant is a flight risk and a Danger to the community.

Clark- Response. Defendant was accepted into Walls of Salvation Residential Care

USPO Silva- No condition or combination of conditions to reasonably assure the defendant's appearance in court. Recommends the defendant stay in custody.

Court- Denied the motion for reconsidering detention. Flight risk

**4:00 pm- Court is in Recess**