FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JAN 09 2026

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          No. 2:25-cr-02558-SMD

GREGORY VANDENBERG,

Defendant.

## VERDICT

### Count 1

We, the Jury, find the defendant, Gregory Vandenberg, __Guilty__ of
(Guilty or Not Guilty)
Transportation or Receipt in Interstate or Foreign Commerce of Explosives with Knowledge or Intent that said Explosives would be used to Kill, Injure, or Intimidate any Individual.

### Count 2

We, the Jury, find the defendant, Gregory Vandenberg, __Guilty__ of
(Guilty or Not Guilty)
Attempted Transportation of Fireworks into the State of California knowing that such Fireworks were to be Possessed, Distributed or Otherwise Dealt with in a Manner or for a Use Prohibited by the Laws of the State of California.

/S/
_____
FOREPERSON