# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,          §
                                   §
    Plaintiff,                     §
                                   §
vs.                                §     No. 2:25-CR-02558-SMD
                                   §
GREGORY VANDENBERG,                §
                                   §
    Defendant.                     §
                                   §

## <u>NOTICE OF APPEAL</u>

**COMES NOW GREGORY VANDENBERG**, Defendant in the above-entitled case, and pursuant to FED. R. APP. P. 4(b), hereby gives notice of his intent to appeal his sentence. This notice is filed within fourteen (14) days of the entry of his judgment. *See* FED. R. APP. P. 4.

Defendant was sentenced on July 23, 2026, and the Court entered judgment on the same date. [Doc. 184]

This appeal is taken to the United States Court of Appeals for the Tenth Circuit.

Respectfully submitted,

THE HARBOUR LAW FIRM, P.C.
701 N. Saint Vrain, Suite 203
El Paso, Texas 79902
Telephone: (915) 544-7600
Facsimile: (915) 975-8036
Email: cori@harbourlaw.net

By:   */s/ Cori A. Harbour*
      Cori A. Harbour

1

## CERTIFICATE OF SERVICE

I, Cori A. Harbour, do certify that on August 4, 2026, I caused the instant document to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

*/s/Cori A. Harbour*
Cori A. Harbour

2