# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　Plaintiff,　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
vs.　　　　　　　　　　　　　　　　§　　　No. 2:25-CR-02558-SMD
　　　　　　　　　　　　　　　　　　§
GREGORY VANDENBERG,　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　Defendant.　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§

## NOTICE OF APPEAL OF AMENDED JUDGMENT

**COMES NOW GREGORY VANDENBERG**, Defendant in the above-entitled case,

and pursuant to FED. R. APP. P. 4(b), files his Notice of Appeal of Amended Judgment.

Defendant was sentenced on July 23, 2026 [Doc. 184] and the Amended Judgment was entered

on August 6, 2026. [Doc. 188]

This appeal is taken to the United States Court of Appeals for the Tenth Circuit.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　THE HARBOUR LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　701 N. Saint Vrain, Suite 203
　　　　　　　　　　　　　　　　　El Paso, Texas 79902
　　　　　　　　　　　　　　　　　Telephone: (915) 544-7600
　　　　　　　　　　　　　　　　　Facsimile: (915) 975-8036
　　　　　　　　　　　　　　　　　Email: cori@harbourlaw.net

　　　　　　　By:　　*/s/Cori A. Harbour*
　　　　　　　　　　Cori A. Harbour

1

## CERTIFICATE OF SERVICE

I, Cori A. Harbour, do certify that on August 6, 2026, I caused the instant document to be filed with the Clerk of the Court using the CM/ECF system that will serve all other parties entitled to service and notice.

*/s/Cori A. Harbour*
Cori A. Harbour

2